IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CORDELL FONTAE WATSON,** | : |
|     Plaintiff, | : |
| | : |
| **v.** | : |
| | :   CIVIL ACTION 1:18-00395-KD-MU |
| **STATE OF ALABAMA,** *et al.*, | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated August 5, 2019 is **ADOPTED** as the opinion of this Court. Additionally, not only did the Plaintiff fail to respond to the Court's October 2018 Order, but the Plaintiff also failed to update the Court with his current address. As such, the Court also finds that the Plaintiff has abandoned the prosecution of this case.

Accordingly, it is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **27th** day of **August 2019.**

                                  /s/ Kristi K. DuBose
                                  **KRISTI K. DuBOSE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**